IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 99-045T |
| | : | |
| OSCAR CABA | : | |

MOTION FOR AN EXTENSION OF TIME

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, Assistant U. S. Attorney, and moves this Court for an extension of time to respond to the defendant's motion for a reduction of sentence made pursuant to 18 U.S.C. § 3582(c)(1)(B)(2).

Caba was sentenced on March 31, 2000 to 293 months imprisonment and eight years supervised release. His sentenced was based, in part, upon relevant conduct involving over 143 grams of cocaine base or "crack." His projected release date by the Bureau of Prisons is July 3, 2020.

Caba's motion is grounded upon a 2007 amendment to the United States Sentencing Guidelines which reduced by two levels the offense levels found in U.S.S.G. § 2D1.1 for crack cocaine. The amendment were also made retroactive pursuant to U.S.S.G. § 1B1.10. The authority to implement such a reduction is not effective until March 3, 2008. Without conceding that the amendment is applicable to a defendant in Caba's circumstances whose sentencing is based upon crack cocaine relevant conduct in contrast to a crack cocaine offense of conviction,

the government expects to receive many such motions from various defendants and is in the process of crafting a uniform approach and response. As Caba is serving a sentence of 293 months and the retroactivity of the amendment is not effective until March 3, Caba will not be prejudiced by a brief delay.

WHEREFORE, the government requests that this Court extend the time by which a response must be filed by thirty (30) days.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
RI Bar No.1680
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov

CERTIFICATION

I hereby certify that on the 14th day of January, 2008, I electronically filed, as well as served by ordinary mail, postage prepaid, the Within Motion For An Extension Of Time, to:

Oscar Caba
Reg. # 04697-070
FMC Devens
P.O. Box 879
Ayer, MA 01432-0879

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
RI Bar No.1680
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov