IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 99-045T |
| | : | |
| OSCAR CABA | : | |

SECOND MOTION FOR AN EXTENSION OF TIME

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, Assistant U. S. Attorney, and moves this Court for a second extension of time to respond to the defendant's motion for a reduction of sentence made pursuant to 18 U.S.C. § 3582(c)(2).

Caba was sentenced on March 31, 2000 to 293 months imprisonment and eight years supervised release. His sentenced was based, in part, upon relevant conduct involving over 143 grams of cocaine base or "crack." His projected release date by the Bureau of Prisons is July 3, 2020.

Caba's motion is grounded upon 2007 amendments to the United States Sentencing Guidelines which generally reduced by two levels the offense levels found in U.S.S.G. § 2D1.1 for crack cocaine. The amendment were also made retroactive pursuant to U.S.S.G. § 1B1.10. The authority to implement such a reduction is not effective until March 3, 2008. Because Caba's case involves multi-drug offenses - in his case, cocaine base, cocaine powder and heroin - the government needs additional time to do the guidelines calculations. Further, to assist the

Court in the exercise of its discretion, Caba should supply some form of certification from the Bureau of Prisons concerning his institutional behavior since his initial incarceration. As Caba is serving a sentence of 293 months and the retroactivity of the amendment is not effective until March 3, Caba will not be prejudiced by the delay.

WHEREFORE, the government requests that this Court further extend the time by which a response must be filed by thirty (30) days.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
RI Bar No. 1680
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov

**CERTIFICATION**

I hereby certify that on the 28th day of February, 2008, I electronically filed, as well as served by ordinary mail, postage prepaid, the Within Second Motion For An Extension Of Time, to:

Oscar Caba
Reg. # 04697-070
FMC Devens
P.O. Box 879
Ayer, MA 01432-0879

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
RI Bar No. 1680
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov