IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. No. 99-045T |
| | ) | |
| OSCAR CABA | ) | |

**GOVERNMENT'S OBJECTION TO DEFENDANT'S MOTION FOR CONDITIONAL RELEASE PENDING FINAL DISPOSITION OF THE 18 U.S.C.. § 3582(c)(2)**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, Assistant U. S. Attorney, and objects to the defendant's motion for conditional release pending final disposition of his 18 U.S.C. § 3582(c)(2) motion

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

Robert Clark Corrente
United States Attorney

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U.S. Attorney
RI Bar No. 1680
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov

**CERTIFICATION**

I hereby certify that on the 28th day of February, 2008, I electronically filed as well as served, ordinary mail, postage prepaid, a true copy of the Within Government's Objection To Defendant's Motion For Conditional Release Pending Final Disposition of the § 3582(c)(2), to:

Oscar Caba
Reg. # 04697-070
FMC Devens
P.O. Box 879
Ayer, MA 01432-0879

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

Robert Clark Corrente
United States Attorney

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U.S. Attorney
RI Bar No. 1680
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 99-045T |
| | ) | |
| OSCAR CABA | ) | |

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF ITS OBJECTION TO DEFENDANT'S MOTION FOR CONDITIONAL RELEASE PENDING FINAL DISPOSITION OF THE 18 U.S.C.. § 3582(c)(2)**

The defendant herein applies for bail pending a decision on his motion to reduce sentence made pursuant to 18 U.S.C. § 3582(c)(2). He asks the Court to exercise its equity jurisdiction, and likens his case to one involving the pendency of a habeas petition. His motion should be denied.

While "federal district judges in habeas corpus and section 2255 proceedings have inherent power to admit applicants to bail pending the decision of their cases," that power is to be "exercised very sparingly." Cherek v. United States, 767 F.2d 335, 337 (7th Cir. 1985). In addition to there being substantial questions, there must be "some circumstance making [the] application exceptional and deserving of special treatment in the interests of justice." Aronson v. May, 85 S.Ct. 3, 5 (1964). See also, Glynn v. Donnelly, 470 F.2d 95, 98 (1st Cir. 1972).

Caba fails to present substantial questions and fails to demonstrate exceptional circumstances. His argument is premised upon a series of assumptions, all of which are either uncertain or extremely unlikely, namely:

- the application of the crack cocaine amendments to Caba would result in a lower sentencing range;

- the Court will exercise its discretion and apply the guideline amendments to Caba;

- in deciding to apply the guideline amendments to Caba, the Court would impose a sentence of approximately 107 months imprisonment (essentially a "time-served" sentence) in comparison to the 235 months imprisonment which Caba argues in his § 3582 motion is the "bare minimum" to which he is entitled; and

- the Court would direct that Caba not be turned over to the custody of immigration authorities for deportation proceedings.

Given Caba's substantial sentence, his presumptive release date, and the detainer placed upon him by immigration authorities, the Court should deny Caba's request.

Respectfully submitted,

Robert Clark Corrente
United States Attorney

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U.S. Attorney
RI Bar No. 1680
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001(fax)
kenneth.madden@ussdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of February, 2008, I electronically filed as well as served, ordinary mail, postage prepaid, a true copy of the Within Government's memorandum In Support Of Its Objection To Defendant's Motion For Conditional Release Pending Final Disposition of the § 3582(c)(2), to:

Oscar Caba
Reg. # 04697-070
FMC Devens
P.O. Box 879
Ayer, MA 01432-0879

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

Robert Clark Corrente
United States Attorney

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U.S. Attorney
RI Bar No. 1680
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov